ANNA C. M. WEBSTER, Respondent, *v.* THE COLUMBIAN NATIONAL LIFE INSURANCE COMPANY, Appellant.

*Webster* v. *Columbian Nat. Life Ins. Co.*, 131 App. Div. 837, affirmed.
(Argued October 6, 1909; decided October 26, 1909.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 23, 1909, which affirmed an order of Special Term continuing *pendente lite* a preliminary injunction restraining the prosecution of a suit theretofore commenced in the Supreme Court of Massachusetts.

The following questions were certified:

"*First.* Does it appear from the complaint that the plaintiff is entitled to judgment against the defendant restraining the defendant from prosecuting the action in the State of Massa-

chusetts against the plaintiff, as by section 603 of the Code of Civil Procedure an injunction can only be granted where it appears from the complaint that the plaintiff demands and is entitled to judgment against the defendant restraining the commission of the act enjoined?

" *Second.* Has the Supreme Court power, upon the facts alleged in this complaint, to grant the injunction prayed for?"

*Joseph H. Choate, Jr.,* for appellant.

*John J. Crawford* and *George J. Carr* for respondent.

Order affirmed, with costs; both questions certified answered in the affirmative; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.